# Third District Court of Appeal
## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1232
Lower Tribunal No. 92-121-C-M

_____

**Tyrone Lamont Dancy,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Ruth Becker, Judge.

Tyrone Lamont Dancy, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed.